BUFFALO COURIER-EXPRESS, INC., Respondent, *v*. COUNTY OF ERIE, Appellant.

(Argued April 15, 1931; decided May 12, 1931.)

*M. Edwin Merwin* for appellant.

*Stanley G. Falk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.